**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**VERONICA WILLIAMS**,

Plaintiff,

v.

**BRIDGEWAY BENEFIT TECHNOLOGIES, LLC**,

Defendant.

Case No.: 1:26-cv-02938-ABA

**DEFENDANT'S STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Bridgeway Benefit Technologies, LLC, (hereinafter, “Defendant”) by and through counsel, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby requests an extension of time, through and including September 30, 2026, within which to answer or otherwise respond to the Complaint in the present action. In support of this motion, Defendant shows unto this Court the following:

1. Defendant’s Answer is presently due on August 31, 2026.

2. No prior extensions have been granted.

3. Counsel for the parties have conferred, and Plaintiff’s counsel does not object to this Motion.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for answering or otherwise responding to Plaintiff’s Complaint through and including September 30, 2023. A proposed Order accompanies this Motion.

Dated: August 20, 2026

**[*signature on following page*]**

Respectfully submitted,

/s/ Jason D. Friedman
Jason D. Friedman, Esq.
Maryland Fed. Bar No. 18898
Constangy Brooks, Smith & Prophete, LLP
jfriedman@constangy.com
12700 Fair Lakes Circle, Suite 210
Fairfax, VA 22033
Tel.: 571-522-6116 | Fax: 404-525-6955

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing **DEFENDANT'S STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jason D. Friedman
Jason D. Friedman, Esq.
Maryland Fed. Bar No. 18898
Constangy Brooks, Smith & Prophete, LLP
jfriedman@constangy.com
12700 Fair Lakes Circle, Suite 210
Fairfax, VA 22033
Tel.: 571-522-6116 | Fax: 404-525-6955

ATTORNEY FOR DEFENDANT